LASELL, Respondent, v. FITZPATRICK, Appellant.

(233 N. W. 293.)

(File No. 7091.   Opinion filed December 5, 1930.)

H. C. Mundt, of Sioux Falls, for Appellant.
M. C. Lasell, of Aberdeen, for Respondent.

PER CURIAM.   In the above cause an appeal is sought to be taken from an order of the circuit court entered on the 26th day of May, 1930.   Certified copy of the notice of appeal was filed in this court on the 2d day of June, 1930, and the original notice of appeal on the 7th day of July, 1930.   There has been no extension of time and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the order is affirmed.